John H. Cox and Another, Respondents, v. Mohawk Electrical Supply Company, Appellant.— Judgment and order affirmed, with costs. All concur.

Camille B. Brock, Respondent, v. Warren Film Co., Inc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur; Sears, J., not sitting.

The People of the State of New York, Respondent, v. The Douglas Packing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the motion and of this appeal. Held, that the allegation in the complaint that the vinegar " was made from evaporated skins and cores of apples and evaporated chopped apples " does not so modify the other allegation of the complaint that it " was not made exclusively from the pressed juices of apples by alcoholic and subsequent acetous fermentation as provided in section 70 of the Agricultural Law*," as to constitute an allegation that it was made from the pressed juices of evaporated skins and cores of apples and evaporated chopped apples. All concur; Sears, J., not sitting. [See 118 Misc. Rep. 775.]

Edward F. Fancher, as Administrator, etc., of Eva F. Trottier, Deceased, Respondent, v. Nicholas Batz, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to the appellant to abide the event. All concur.

In the Matter of the Application of The International Railway Company, Appellant, for a Peremptory Mandamus Order Directed against Frank X. Schwab, as Mayor and Commissioner of Public Safety of the City of Buffalo, Respondent. —Appeal from order granting stay pending appeal dismissed, with ten dollars costs and disbursements, upon the ground that the question is now academic and that the order is not appealable. All concur; Kruse, P. J., not sitting.

Kinsey Realty Company, Inc., Plaintiff, v. William Speidel, Defendant.— Action upon the submission dismissed, without costs. Held, that contrary inferences may be drawn from the statements contained in the submission and that questions of fact arise thereon, and under such circumstances the court is without jurisdiction to determine the legal questions. (Civ. Prac. Act, § 546; *Marx* v. *Brogan*, 188 N. Y. 431; *Lee* v. *Taylor*, 186 App. Div. 199.) All concur.

Norman B. Harrington, Respondent, v. Hamilton B. Wills & Co., Ltd., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Hovey* v. *Elliott* (167 U. S. 409) and *Sibley* v. *Sibley* (76 App. Div. 132). All concur.

John Peters, Appellant, v. Tony Hanna, Respondent.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers within twenty days and be ready for argument at the opening of the November term.

International Railway Company, Respondent, v. Ernest K. Jaggard, Individually and as President of Buffalo Jitney Owners' Association, and Others, Impleaded with Carl Videtti, Appellant.— Order affirmed, without costs. All concur.

Chicago Title and Trust Company, as Conservator, etc., Respondent, v. Patrick W. Cullinan, Appellant.— Motion granted and appeal dismissed, with costs.

* Amd. by Laws of 1916, chap. 125.— [Rep.